

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2015

No. 04-15-00530-CR

Abelardo Gerardo **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2008CRR000662-D1
Honorable David Peeples, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a motion for rehearing is GRANTED. We order appellant's motion for rehearing due December 12, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court